# Third District Court of Appeal

## State of Florida

Opinion filed September 24, 2025.
Not final until disposition of timely filed motion for rehearing.

————————————

Nos. 3D24-0749 & 3D24-1518
Lower Tribunal No. 21-3418-CA-01

————————————

**Daniel Del Sol**,
Appellant,

vs.

**Margarita Leon**,
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Peter R. Lopez, Judge.

Peter C. Bianchi, Jr., for appellant.

Russomanno & Borrello, P.A., and Herman J. Russomanno, III, for appellee.

Before LINDSEY, GORDO and GOODEN, JJ.

PER CURIAM.

Affirmed.